## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOE ROBBINS, | Case No. 3:16-CV-532-jdp |
| *Plaintiff*, | Hon. James D. Peterson |
| v. | ECF Case |
| SCOTT SVEHLA, *et al.*, | Electronically Filed |
| *Defendants*. | |

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiff Joe Robbins, by and through undersigned counsel, does hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order[1] dated November 22, 2016 (Dkt. No. 59), as well as the final Judgment dismissing Plaintiff's claims against the Defendants also entered on November 22, 2016 (Dkt. No. 60).

Dated: December 14, 2016

THE MCCULLOCH LAW FIRM, PLLC

*/s/ Kevin McCulloch*

Kevin P. McCulloch (Appellate Counsel of Record)
Nate Kleinman
155 East 56th Street
New York, New York 10022
T: (212) 355-6050
kevin@mccullochiplaw.com
nate@mccullochiplaw.com

*Counsel for Plaintiff*

---

[1] The Court's Order and Opinion granted the motions to dismiss filed by Defendants Nicholas Martin, Sports-4-Less, and Gerald Miller (Dkt. No. 12) and Scott Svehla and Scott's Brewery Collectibles, LLC (Dkt. No. 15), and rejected the arguments offered by Plaintiff in opposition (Dkt. No. 18).